**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

**Check Date**  April 15, 2025

**Voucher Number**  228232

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,138.16 |
| **Total Direct Deposits** | | | **2,138.16** |

34791  9-720  9VAL04  228232  208107         34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA  15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                               **Earnings Statement**

| Employee ID | 9VAL04 | Fed Taxable Income | 2,664.84 | Check Date | April 15, 2025 | Voucher Number | 228232 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | March 24, 2025 | Net Pay | 2,138.16 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | April 8, 2025 | Total Hours Worked | 94.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 31.98 | 204.56 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 9.10 |
| HOLIDAY | | | | 675.00 |
| OVERTIM | 42.1875 | 0.50 | 21.09 | 221.48 |
| Pay For Ti | | | | 77.34 |
| REGULAR | 28.125 | 94.00 | 2,643.75 | 14,322.66 |
| **Gross Earnings** | | **94.50** | **2,664.84** | **17,047.26** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 153.52 | 869.81 |
| MED | 38.64 | 247.17 |
| PA | 81.81 | 523.35 |
| PA-100802 | 26.65 | 170.47 |
| PA-CRA6 | 2.17 | 15.19 |
| PASUI-E | 1.87 | 11.94 |
| SS | 165.22 | 1,056.93 |
| **Taxes** | **469.88** | **2,894.86** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 17.50 |
| ROTH 401K | 53.30 | 340.95 |
| WCF | 1.00 | 7.00 |
| **Deductions** | **56.80** | **365.45** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,138.16 |
| **Total Direct Deposits** | | | **2,138.16** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

Direct Deposit Advice

**paylocity**

| | Check Date | Voucher Number |
|---|---|---|
| | April 30, 2025 | 230956 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,082.77 |
| **Total Direct Deposits** | | | **2,082.77** |

34791  9-720  9VAL04  230956  210626        34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

## SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                                **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,587.50 | Check Date | April 30, 2025 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | April 9, 2025 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | April 23, 2025 |

| | | |
|---|---|---|
| Voucher Number | | 230956 |
| Net Pay | | 2,082.77 |
| Total Hours Worked | | 89.25 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 31.05 | 235.61 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 10.40 |
| HOLIDAY | | | | 675.00 |
| OVERTIM | | | | 221.48 |
| Pay For Ti | 28.125 | 2.75 | 77.34 | 154.68 |
| REGULAR | 28.125 | 89.25 | 2,510.16 | 16,832.82 |
| **Gross Earnings** | | **92.00** | **2,587.50** | **19,634.76** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 142.23 | 1,012.04 |
| MED | 37.52 | 284.69 |
| PA | 79.44 | 602.79 |
| PA-100802 | 25.88 | 196.35 |
| PA-CRA6 | 2.17 | 17.36 |
| PASUI-E | 1.81 | 13.75 |
| SS | 160.43 | 1,217.36 |
| **Taxes** | **449.48** | **3,344.34** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 20.00 |
| ROTH 401K | 51.75 | 392.70 |
| WCF | 1.00 | 8.00 |
| **Deductions** | **55.25** | **420.70** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,082.77 |
| **Total Direct Deposits** | | | **2,082.77** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

Direct Deposit Advice

**Check Date**
May 15, 2025

**Voucher Number**
233984

 paylocity

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,043.64 |
| **Total Direct Deposits** | | | **2,043.64** |

34791  9-720  9VAL04 233984 213435    34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,534.76 | Check Date | May 15, 2025 | |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | April 24, 2025 | |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | May 8, 2025 | |

| Voucher Number | 233984 |
|---|---|
| Net Pay | 2,043.64 |
| Total Hours Worked | 89.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 30.42 | 266.03 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 11.70 |
| HOLIDAY | | | | 675.00 |
| OVERTIM | 42.1875 | 2.25 | 94.92 | 316.40 |
| Pay For Ti | | | | 154.68 |
| REGULAR | 28.125 | 86.75 | 2,439.84 | 19,272.66 |
| **Gross Earnings** | | **89.00** | **2,534.76** | **22,169.52** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 135.90 | 1,147.94 |
| MED | 36.75 | 321.44 |
| PA | 77.82 | 680.61 |
| PA-100802 | 25.35 | 221.70 |
| PA-CRA6 | 2.17 | 19.53 |
| PASUI-E | 1.77 | 15.52 |
| SS | 157.16 | 1,374.52 |
| **Taxes** | **436.92** | **3,781.26** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 22.50 |
| ROTH 401K | 50.70 | 443.40 |
| WCF | 1.00 | 9.00 |
| **Deductions** | **54.20** | **474.90** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,043.64 |
| **Total Direct Deposits** | | | **2,043.64** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | May 30, 2025 | 236753 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,035.83 |
| **Total Direct Deposits** | | | **2,035.83** |

34791  9-720  9VAL04 236753 215993       34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA  15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                                                 **Earnings Statement**

| Employee ID | 9VAL04 | Fed Taxable Income | 2,524.22 | Check Date | May 30, 2025 | Voucher Number | 236753 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | May 9, 2025 | Net Pay | 2,035.83 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | May 23, 2025 | Total Hours Worked | 89.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 30.29 | 296.32 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 13.00 |
| HOLIDAY | | | | 675.00 |
| OVERTIM | 42.1875 | 1.50 | 63.28 | 379.68 |
| Pay For Ti | | | | 154.68 |
| REGULAR | 28.125 | 87.50 | 2,460.94 | 21,733.60 |
| **Gross Earnings** | | **89.00** | **2,524.22** | **24,693.74** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 134.64 | 1,282.58 |
| MED | 36.60 | 358.04 |
| PA | 77.49 | 758.10 |
| PA-100802 | 25.24 | 246.94 |
| PA-CRA6 | 2.17 | 21.70 |
| PASUI-E | 1.77 | 17.29 |
| SS | 156.50 | 1,531.02 |
| **Taxes** | **434.41** | **4,215.67** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 25.00 |
| ROTH 401K | 50.48 | 493.88 |
| WCF | 1.00 | 10.00 |
| **Deductions** | **53.98** | **528.88** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,035.83 |
| **Total Direct Deposits** | | | **2,035.83** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

**Check Date**
June 13, 2025

**Voucher Number**
239869

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,863.63 |
| **Total Direct Deposits** | | | 1,863.63 |

34791   9-720   9VAL04 239869 218894       **34791**

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,292.18 | Check Date | June 13, 2025 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | May 24, 2025 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | June 8, 2025 |

| | |
|---|---|
| Voucher Number | 239869 |
| Net Pay | 1,863.63 |
| Total Hours Worked | 73.25 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 27.50 | 323.82 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 14.30 |
| HOLIDAY | 28.125 | 8.00 | 225.00 | 900.00 |
| OVERTIM | 42.1875 | 0.50 | 21.09 | 400.77 |
| Pay For Ti | | | | 154.68 |
| REGULAR | 28.125 | 72.75 | 2,046.09 | 23,779.69 |
| **Gross Earnings** | | **81.25** | **2,292.18** | **26,985.92** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 106.79 | 1,389.37 |
| MED | 33.24 | 391.28 |
| PA | 70.37 | 828.47 |
| PA-100802 | 22.92 | 269.86 |
| PA-CRA6 | 2.17 | 23.87 |
| PASUI-E | 1.60 | 18.89 |
| SS | 142.12 | 1,673.14 |
| **Taxes** | **379.21** | **4,594.88** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 27.50 |
| ROTH 401K | 45.84 | 539.72 |
| WCF | 1.00 | 11.00 |
| **Deductions** | **49.34** | **578.22** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Citizens Bank | C    ***3465 | 1,863.63 |
| **Total Direct Deposits** | | **1,863.63** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

paylocity

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr  Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | June 30, 2025 | 242688 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,994.07 |
| **Total Direct Deposits** | | | **1,994.07** |

34791  9-720  9VAL04  242688  221491         34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                                           **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,467.97 | Check Date | June 30, 2025 | Voucher Number 242688 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | June 9, 2025 | Net Pay 1,994.07 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | June 23, 2025 | Total Hours Worked 87.75 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 29.62 | 353.44 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 15.60 |
| HOLIDAY | | | | 900.00 |
| OVERTIM | | | | 400.77 |
| Pay For Ti | | | | 154.68 |
| REGULAR | 28.125 | 87.75 | 2,467.97 | 26,247.66 |
| **Gross Earnings** | | **87.75** | **2,467.97** | **29,453.89** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 127.89 | 1,517.26 |
| MED | 35.79 | 427.07 |
| PA | 75.77 | 904.24 |
| PA-100802 | 24.68 | 294.54 |
| PA-CRA6 | 2.17 | 26.04 |
| PASUI-E | 1.73 | 20.62 |
| SS | 153.01 | 1,826.15 |
| **Taxes** | **421.04** | **5,015.92** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 30.00 |
| ROTH 401K | 49.36 | 589.08 |
| WCF | 1.00 | 12.00 |
| **Deductions** | **52.86** | **631.08** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,994.07 |
| **Total Direct Deposits** | | | **1,994.07** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr  Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | July 15, 2025 | 245837 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,868.85 |
| **Total Direct Deposits** | | | **1,868.85** |

34791  9-720  9VAL04  245837  224437   34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                          **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,299.22 | Check Date | July 15, 2025 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | June 24, 2025 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | July 8, 2025 |

| | |
|---|---|
| Voucher Number | 245837 |
| Net Pay | 1,868.85 |
| Total Hours Worked | 70.75 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 27.59 | 381.03 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 16.90 |
| HOLIDAY | 28.125 | 8.00 | 225.00 | 1,125.00 |
| OVERTIM | | | | 400.77 |
| Pay For Ti | 28.125 | 3.00 | 84.38 | 239.06 |
| REGULAR | 28.125 | 70.75 | 1,989.84 | 28,237.50 |
| **Gross Earnings** | | **81.75** | **2,299.22** | **31,753.11** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 107.64 | 1,624.90 |
| MED | 33.34 | 460.41 |
| PA | 70.59 | 974.83 |
| PA-100802 | 22.99 | 317.53 |
| PA-CRA6 | 2.17 | 28.21 |
| PASUI-E | 1.61 | 22.23 |
| SS | 142.55 | 1,968.70 |
| **Taxes** | **380.89** | **5,396.81** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 32.50 |
| ROTH 401K | 45.98 | 635.06 |
| WCF | 1.00 | 13.00 |
| **Deductions** | **49.48** | **680.56** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,868.85 |
| **Total Direct Deposits** | | | **1,868.85** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

**Check Date**
July 31, 2025

**Voucher Number**
248735

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,156.23 |
| **Total Direct Deposits** | | | **2,156.23** |

34791  9-720  9VAL04  248735  227120          34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                                   **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,692.97 | Check Date | July 31, 2025 | Voucher Number 248735 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | July 9, 2025 | Net Pay 2,156.23 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | July 23, 2025 | Total Hours Worked 95.25 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 32.32 | 413.35 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 18.20 |
| HOLIDAY | | | | 1,125.00 |
| OVERTIM | 42.1875 | 1.00 | 42.19 | 442.96 |
| Pay For Ti | | | | 239.06 |
| REGULAR | 28.125 | 94.25 | 2,650.78 | 30,888.28 |
| **Gross Earnings** | | **95.25** | **2,692.97** | **34,446.08** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 159.71 | 1,784.61 |
| MED | 39.05 | 499.46 |
| PA | 82.67 | 1,057.50 |
| PA-100802 | 26.93 | 344.46 |
| PA-CRA6 | 2.17 | 30.38 |
| PASUI-E | 1.89 | 24.12 |
| SS | 166.96 | 2,135.66 |
| **Taxes** | **479.38** | **5,876.19** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 35.00 |
| ROTH 401K | 53.86 | 688.92 |
| WCF | 1.00 | 14.00 |
| **Deductions** | **57.36** | **737.92** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,156.23 |
| **Total Direct Deposits** | | | **2,156.23** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

🔹 paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | August 15, 2025 | 252003 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,187.84 |
| **Total Direct Deposits** | | | **2,187.84** |

34791   9-720   9VAL04  252003  230180        34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                            **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,742.18 | Check Date | August 15, 2025 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | July 24, 2025 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | August 8, 2025 |

| | |
|---|---|
| Voucher Number | 252003 |
| Net Pay | 2,187.84 |
| Total Hours Worked | 97.25 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 32.90 | 446.25 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 19.50 |
| HOLIDAY | | | | 1,125.00 |
| OVERTIM | 42.1875 | 0.50 | 21.09 | 464.05 |
| Pay For Ti | | | | 239.06 |
| REGULAR | 28.125 | 96.75 | 2,721.09 | 33,609.37 |
| **Gross Earnings** | | **97.25** | **2,742.18** | **37,188.26** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 170.53 | 1,955.14 |
| MED | 39.76 | 539.22 |
| PA | 84.18 | 1,141.68 |
| PA-100802 | 27.42 | 371.88 |
| PA-CRA6 | 2.17 | 32.55 |
| PASUI-E | 1.92 | 26.04 |
| SS | 170.02 | 2,305.68 |
| **Taxes** | **496.00** | **6,372.19** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 37.50 |
| ROTH 401K | 54.84 | 743.76 |
| WCF | 1.00 | 15.00 |
| **Deductions** | **58.34** | **796.26** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,187.84 |
| **Total Direct Deposits** | | | **2,187.84** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

**Check Date**
August 29, 2025

**Voucher Number**
254838

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,864.14 |
| **Total Direct Deposits** | | | **1,864.14** |

34791  9-720  9VAL04  254838  232795         34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA  15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                                    **Earnings Statement**

| Employee ID | 9VAL04 | Fed Taxable Income | 2,292.89 | Check Date | August 29, 2025 | Voucher Number | 254838 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | August 9, 2025 | Net Pay | 1,864.14 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | August 23, 2025 | Total Hours Worked | 81.0167 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 27.52 | 473.77 |
| All PTO Po | | | | 1,750.78 |
| ERLIF | | 0.00 | 1.30 | 20.80 |
| HOLIDAY | | | | 1,125.00 |
| OVERTIM | 42.1875 | 1.0167 | 42.89 | 506.94 |
| Pay For Ti | | | | 239.06 |
| REGULAR | 28.125 | 80.00 | 2,250.00 | 35,859.37 |
| **Gross Earnings** | | **81.0167** | **2,292.89** | **39,481.15** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 106.88 | 2,062.02 |
| MED | 33.25 | 572.47 |
| PA | 70.39 | 1,212.07 |
| PA-100802 | 22.93 | 394.81 |
| PA-CRA6 | 2.17 | 34.72 |
| PASUI-E | 1.61 | 27.65 |
| SS | 142.16 | 2,447.84 |
| **Taxes** | **379.39** | **6,751.58** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 40.00 |
| ROTH 401K | 45.86 | 789.62 |
| WCF | 1.00 | 16.00 |
| **Deductions** | **49.36** | **845.62** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,864.14 |
| **Total Direct Deposits** | | | **1,864.14** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr  Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

 paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | September 15, 2025 | 258173 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,004.50 |
| **Total Direct Deposits** | | | **2,004.50** |

34791  9-720  9VAL04  258173  235914         34791

**Joseph R Valentine**
221 McKinley Avenue
Pittsburgh, PA  15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                                                           **Earnings Statement**

| Employee ID | 9VAL04 | Fed Taxable Income | 2,482.03 | Check Date | September 15, 2025 | Voucher Number | 258173 |
|---|---|---|---|---|---|---|---|
| Location | 9-720 | Fed Filing Status | M | Period Beginning | August 24, 2025 | Net Pay | 2,004.50 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | September 8, 2025 | Total Hours Worked | 67.75 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 29.78 | 503.55 |
| All PTO Po | 28.125 | 12.50 | 351.56 | 2,102.34 |
| ERLIF | | 0.00 | 1.30 | 22.10 |
| HOLIDAY | 28.125 | 8.00 | 225.00 | 1,350.00 |
| OVERTIM | | | | 506.94 |
| Pay For Ti | | | | 239.06 |
| REGULAR | 28.125 | 67.75 | 1,905.47 | 37,764.84 |
| **Gross Earnings** | | **88.25** | **2,482.03** | **41,963.18** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 129.58 | 2,191.60 |
| MED | 35.99 | 608.46 |
| PA | 76.20 | 1,288.27 |
| PA-100802 | 24.82 | 419.63 |
| PA-CRA6 | 2.17 | 36.89 |
| PASUI-E | 1.74 | 29.39 |
| SS | 153.89 | 2,601.73 |
| **Taxes** | **424.39** | **7,175.97** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 42.50 |
| ROTH 401K | 49.64 | 839.26 |
| WCF | 1.00 | 17.00 |
| **Deductions** | **53.14** | **898.76** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,004.50 |
| **Total Direct Deposits** | | | **2,004.50** |

| | **Available Plan Year** | |
|---|---|---|
| Time Off | to Use | Used |
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

**Check Date**
September 30, 2025

**Voucher Number**
260856

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,994.07 |
| **Total Direct Deposits** | | | **1,994.07** |

34791   9-720   9VAL04   260856   238356          34791

Joseph R Valentine
221 McKinley Avenue
Pittsburgh, PA  15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joseph R Valentine**                                                                                         **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,467.97 | Check Date | September 30, 2025 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | September 9, 2025 |
| Salary | $2,437.50 | State Filing Status | M-0 | Period Ending | September 23, 2025 |

| | | |
|---|---|---|
| Voucher Number | | 260856 |
| Net Pay | | 1,994.07 |
| Total Hours Worked | | 78.75 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 29.62 | 533.17 |
| All PTO Po | 28.125 | 9.00 | 253.13 | 2,355.47 |
| ERLIF | | 0.00 | 1.30 | 23.40 |
| HOLIDAY | | | | 1,350.00 |
| OVERTIM | | | | 506.94 |
| Pay For Ti | | | | 239.06 |
| REGULAR | 28.125 | 78.75 | 2,214.84 | 39,979.68 |
| **Gross Earnings** | | **87.75** | **2,467.97** | **44,431.15** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 127.89 | 2,319.49 |
| MED | 35.79 | 644.25 |
| PA | 75.77 | 1,364.04 |
| PA-100802 | 24.68 | 444.31 |
| PA-CRA6 | 2.17 | 39.06 |
| PASUI-E | 1.73 | 31.12 |
| SS | 153.01 | 2,754.74 |
| **Taxes** | **421.04** | **7,597.01** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 45.00 |
| ROTH 401K | 49.36 | 888.62 |
| WCF | 1.00 | 18.00 |
| **Deductions** | **52.86** | **951.62** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,994.07 |
| **Total Direct Deposits** | | | **1,994.07** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr  Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

**SOUTH COLLEGE OF TENNESSEE LLC**
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

**Check Date**
October 15, 2025

**Voucher Number**
263736

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,752.14 |
| **Total Direct Deposits** | | | **1,752.14** |

34791  9-720  9VAL04  263736  241034      34791

Joe R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

### SOUTH COLLEGE OF TENNESSEE LLC

**Joe R Valentine**                                                                       **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **9VAL04** | Fed Taxable Income | 2,141.96 | Check Date **October 15, 2025** | Voucher Number 263736 |
| Location | **9-720** | Fed Filing Status | M | Period Beginning **September 24, 2025** | Net Pay 1,752.14 |
| Salary | **$2,583.33** | State Filing Status | M-0 | Period Ending **October 8, 2025** | Total Hours Worked 68.0333 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 25.70 | 558.87 |
| All PTO Po | 28.125 | 8.00 | 225.00 | 2,580.47 |
| ERLIF | | 0.00 | 1.30 | 24.70 |
| HOLIDAY | | | | 1,350.00 |
| OVERTIM | 42.1875 | 0.25 | 10.55 | 517.49 |
| Pay For Ti | | | | 239.06 |
| REGULAR | 28.125 | 67.7833 | 1,906.41 | 41,886.09 |
| **Gross Earnings** | | **76.0333** | **2,141.96** | **46,573.11** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 88.77 | 2,408.26 |
| MED | 31.06 | 675.31 |
| PA | 65.76 | 1,429.80 |
| PA-100802 | 21.42 | 465.73 |
| PA-CRA6 | 2.17 | 41.23 |
| PASUI-E | 1.50 | 32.62 |
| SS | 132.80 | 2,887.54 |
| **Taxes** | **343.48** | **7,940.49** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 47.50 |
| ROTH 401K | 42.84 | 931.46 |
| WCF | 1.00 | 19.00 |
| **Deductions** | **46.34** | **997.96** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 1,752.14 |
| **Total Direct Deposits** | | | **1,752.14** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621

# SOUTH COLLEGE OF TENNESSEE LLC
3904 Lonas Dr
Knoxville, TN 37909

paylocity

Direct Deposit Advice

**Check Date**
October 31, 2025

**Voucher Number**
266920

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,216.62 |
| **Total Direct Deposits** | | | **2,216.62** |

34791  9-720  9VAL04  266920  244015    34791

Joe R Valentine
221 McKinley Avenue
Pittsburgh, PA 15202

## Non Negotiable - This is not a check - Non Negotiable

## SOUTH COLLEGE OF TENNESSEE LLC

**Joe R Valentine**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 9VAL04 | Fed Taxable Income | 2,787.01 | Check Date | October 31, 2025 | Voucher Number 266920 |
| Location | 9-720 | Fed Filing Status | M | Period Beginning | October 9, 2025 | Net Pay 2,216.62 |
| Salary | $2,583.33 | State Filing Status | M-0 | Period Ending | October 23, 2025 | Total Hours Worked 69.50 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K MAT | | 0.00 | 33.44 | 592.31 |
| All PTO Po | 29.8076 | 24.00 | 715.38 | 3,295.85 |
| ERLIF | | 0.00 | 1.30 | 26.00 |
| HOLIDAY | | | | 1,350.00 |
| OVERTIM | | | | 517.49 |
| Pay For Ti | | | | 239.06 |
| REGULAR | 29.8076 | 69.50 | 2,071.63 | 43,957.72 |
| **Gross Earnings** | | **93.50** | **2,787.01** | **49,360.12** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 180.40 | 2,588.66 |
| MED | 40.41 | 715.72 |
| PA | 85.56 | 1,515.36 |
| PA-100802 | 27.87 | 493.60 |
| PA-CRA6 | 2.17 | 43.40 |
| PASUI-E | 1.95 | 34.57 |
| SS | 172.79 | 3,060.33 |
| **Taxes** | **511.15** | **8,451.64** |

| Deductions | Amount | YTD |
|---|---|---|
| LIFES | 2.50 | 50.00 |
| ROTH 401K | 55.74 | 987.20 |
| WCF | 1.00 | 20.00 |
| **Deductions** | **59.24** | **1,057.20** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Citizens Bank | C | ***3465 | 2,216.62 |
| **Total Direct Deposits** | | | **2,216.62** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Jury Duty | 0.00 | 0.00 |

SOUTH COLLEGE OF TENNESSEE LLC | 3904 Lonas Dr Knoxville, TN 37909 | (865) 251-1800 | FEIN: 46-1287748 | PA: 75-47621