# UNITED STATES BANKRUPTCY COURT FOR THE PENNSYLVANIA WESTERN BANKRUPTCY COURT

In Re:

John Lynn Lehneke	**Chapter 13**

**Case No. 25-22957**

---

**PRECIPICE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK:

Please withdraw the proof of claim filed in the Debtor's Claim Docket in the amount of $52,563.07, unsecured claim #5, filed **Pheaa**. This claim has been filed in error.
.

Respectfully submitted,

/s/ Eric Claggett
**Death, Disability, and Bankruptcy Team**
**American Education Services**
**P.O. Box 8183**
**Harrisburg, PA 17105-9972**

**Dated: December 5, 2025**