**Form 106–C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Joseph R. Valentine

CASE NUMBER: 25–10610–JAD

RELATED TO DOCUMENT NO:

### NOTICE REGARDING
### NONCONFORMING DOCUMENT

The Withdrawal of Claim: 5 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

Document must be refiled, ensuring to reflect the name and case number related to the case in which this withdrawal document was filed. Proof of claim shall then be filed in the correct case if necessary. The withdrawal document must reflect case #25–10610–JAD and debtor name of Joseph R. Valentine.

You must file Withdrawal of Claim: 5 within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Withdrawal of Claim: 5 that is filed in response to this Notice.**

Dated this The 9th of December, 2025

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 25-10610-JAD

Joseph R. Valentine                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                         User: auto                                   Page 1 of 2
Date Rcvd: Dec 09, 2025                      Form ID: 106c                                Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Joseph R. Valentine, 303 West Main Street, Grove City, PA 16127-1225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
|  | ^ MEBN | Dec 10 2025 00:26:26 | American Education Services, P.O. Box 8183, Harrisburg, PA 17105, US 17105-8183 |
| 16611041 | + Email/Text: bncnotifications@pheaa.org | Dec 10 2025 00:40:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Matthew Fissel

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Rodney D. Shepherd

on behalf of Debtor Joseph R. Valentine rodsheph@cs.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6