# UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Joseph R. Valentine                                    **Chapter 13**

**Case No. 25-10610-JAD**

**PRECIPICE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK:

Please withdraw the proof of claim filed in the Debtor's Claim Docket in the amount of $52,563.07, unsecured claim #5 filed **Pheaa**. This claim has been filed in error.

Respectfully submitted,

/s/ Eric Claggett
**Death, Disability, and Bankruptcy Team**
**American Education Services**
**P.O. Box 8183**
**Harrisburg, PA 17105-9972**

**Dated: December 12, 2025**

**Form 106–C**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Joseph R. Valentine

CASE NUMBER: 25–10610–JAD

RELATED TO DOCUMENT NO:

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Withdrawal of Claim: 5 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

Document must be refiled, ensuring to reflect the name and case number related to the case in which this withdrawal document was filed. Proof of claim shall then be filed in the correct case if necessary. The withdrawal document must reflect case #25–10610–JAD and debtor name of Joseph R. Valentine.

You must file Withdrawal of Claim: 5 within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Withdrawal of Claim: 5 that is filed in response to this Notice.**

Dated this The 9th of December, 2025

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

# Notice Recipients

District/Off: 0315−1  User: auto  Date Created: 12/9/2025
Case: 25−10610−JAD  Form ID: 106c  Total: 4

**Recipients of Notice of Electronic Filing:**
ust  Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Joseph R. Valentine  303 West Main Street  Grove City, PA 16127
16611041  PHEAA  PO Box 8147  Harrisburg, PA 17105
   American Education Services  P.O. Box 8183  Harrisburg, PA 17105 US

TOTAL: 3