**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: JOSEPH R. VALENTINE, | ) Bankr. No. 25-10610 JAD |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| JOSEPH R. VALENTINE, | ) |
| | ) Related to   Claim No. 10 |
| Movant, | ) |
| | ) Related to Doc. #48 |
| | ) |
| vs. | ) |
| | ) |
| DUQUENSE LIGHT, | ) |
| | ) |
| Respondent. | ) |
| _____x | |

**DEFAULT O/E JAD**

**ORDER OF COURT**

Upon consideration of the evidence presented, the Court finds that the proof of claim filed at claim no. 10 by Duquense Light is not well taken.

It is therefore ORDERED that the Debtor's motion is granted and the Movant's objection to the proof of claim at claim no. 10 is sustained and the proof of claim is denied in its' entirety.

Date: _____6/17/2026_____          _____ sjk
                                         Jeffery A. Deller
                                         U.S. Bankruptcy Judge

FILED
6/17/26 3:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 25-10610-JAD

Joseph R. Valentine                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

**Recip ID              Recipient Name and Address**
db                         +  Joseph R. Valentine, 303 West Main Street, Grove City, PA 16127-1225

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Joseph R. Valentine rodsheph@cs.com |

District/off: 0315-1                         User: auto                                    Page 2 of 2
Date Rcvd: Jun 17, 2026                      Form ID: pdf900                              Total Noticed: 1

Ronda J. Winnecour
                      cmecf@chapter13trusteewdpa.com


TOTAL: 7