FILED
9/18/26 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br><br>WITHDRAWAL OF APPEARANCES BY DENISE CARLON, ESQUIRE IN VARIOUS OPEN CASES AND ENTRY OF APPEARANCE OF BRIAN C. NICHOLAS, ESQUIRE, IN VARIOUS OPEN CASES | MISCELLANEOUS # 26-212<br><br>Related to Docket No. 2 |
|---|---|

**ORDER OF THE COURT**

AND NOW, this _ 18th Day of September __, 2026, upon the consideration of the Omnibus Joint Motion to Withdraw the Appearance of Denise Carlon, Esquire, and Enter the Appearance of Brian C. Nicholas, Esquire, it is hereby

ORDERED that the Motion is granted, and Denise Carlon, Esquire, is granted leave to withdraw her appearance as counsel of record in the list of cases attached to the Motion as Exhibit "A", and it is further

ORDERED that the appearance of Brian C. Nicholas, Esquire, is entered as counsel of record for the parties formerly represented by Attorney Cronin in the list of cases attached to the Motion as Exhibit "A".

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

drb